UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BELTON REEVES,

                Petitioner,

    -v-                                                9:11-CV-442

RUSSELL PERDUE, Warden,

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

BELTON REEVES
Petitioner, Pro Se
12353-040
Sandstone Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

HON. RICHARD S. HARTUNIAN          CHARLES E. ROBERTS, ESQ.
United States Attorney for the               Ass't United States Attorney
   Northern District of New York
Attorney for Respondent
James M. Hanley Federal Building
100 South Clinton Street
Syracuse, NY 13261

DAVID N. HURD
United States District Judge

## DECISION and ORDER

     Petitioner Belton Reeves brought this petition for a writ of habeas corpus pursuant

to 28 U.S.C. § 2241. On May 6, 2014, the Honorable Randolph F. Treece, United States

Magistrate Judge, advised, by Report-Recommendation, that the petition be denied and no

certificate of appealability be granted. No objections to the Report-Recommendation were filed.

Based upon a careful review of entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that the petition for a writ of habeas corpus is DENIED and DISMISSED.

Because petitioner has not made a substantial showing of the denial of any constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

IT IS SO ORDERED.

United States District Judge

Dated: May 23, 2014
       Utica, New York.